# EXHIBIT 3

**Registration #:** SR0000998867
**Service Request #:** 1-13742118855



Hyman Digital, LLC
Brianna Welsh
55 Pittsfield Road
Suite 9
Lenox, MA 01240 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**SR 998-867**

**Effective Date of Registration:**
April 18, 2024

**Registration Decision Date:**
May 21, 2024

## Title

**Title of Work:** Podcast #1 - Broken Brain Interview with David Perlmutter

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 17, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Hyman Digital, LLC
  **Author Created:** sound recording, Text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Hyman Digital, LLC
55 Pittsfield Road, Lenox, MA, 01240, United States

## Limitation of copyright claim

**Material excluded from this claim:** Music
**New material included in claim:** Sound recording and text of podcast

## Rights and Permissions

**Organization Name:** Bowers & del Peral, PLLC
**Name:** Morgen Bowers
**Email:** morgen@bowerslawny.com
**Telephone:** (518)392-9550
**Address:** 22 Park Row
Chatham, NY 12037

Page 1 of 2

## Certification

**Name:** Brianna Welsh
**Date:** April 18, 2024

**Correspondence:** Yes

**Registration #:** SR0000998863
**Service Request #:** 1-13743797659



Hyman Digital, LLC
Brianna Welsh
55 Pittsfield Road
Suite 9
Lenox, MA 01240 United States

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**SR 998-863**
**Effective Date of Registration:** April 18, 2024
**Registration Decision Date:** May 21, 2024

## Title

**Title of Work:** Podcast #5 - Broken Brain Interview with Dr. Izabella Wentz

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 17, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Hyman Digital, LLC
  **Author Created:** sound recording, Text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Hyman Digital, LLC
55 Pittsfield Road, Lenox, MA, 01240, United States

## Limitation of copyright claim

**Material excluded from this claim:** Music
**New material included in claim:** Sound recording and text of podcast

## Rights and Permissions

**Organization Name:** Bowers & del Peral, PLLC
**Name:** Morgen Bowers
**Email:** morgen@bowerslawny.com
**Telephone:** (518)392-9550
**Address:** 22 Park Row
Chatham, NY 12037

Page 1 of 2

## Certification

Name: Brianna Welsh
Date: April 18, 2024

Correspondence: Yes

Registration #: SR0000998865
Service Request #: 1-13743797632



Hyman Digital, LLC
Brianna Welsh
55 Pittsfield Road
Suite 9
Lenox, MA 01240 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**SR 998-865**
**Effective Date of Registration:**
April 18, 2024
**Registration Decision Date:**
May 21, 2024

## Title

**Title of Work:** Podcast #4 - Broken Brain Interview with Chris Kresser

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 18, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Hyman Digital, LLC
  **Author Created:** sound recording, Text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Hyman Digital, LLC
55 Pittsfield Road, Lenox, MA, 01240, United States

## Limitation of copyright claim

**Material excluded from this claim:** Music
**New material included in claim:** Sound recording and text of podcast

## Rights and Permissions

**Organization Name:** Bowers & del Peral, PLLC
**Name:** Morgen Bowers
**Email:** morgen@bowerslawny.com
**Telephone:** (518)392-9550
**Address:** 22 Park Row
Chatham, NY 12037

Page 1 of 2

## Certification

Name: Brianna Welsh
Date: April 18, 2024

Correspondence: Yes

Registration #:   SR0000998864
Service Request #:   1-13743576968



Hyman Digital, LLC
Brianna Welsh
55 Pittsfield Road
Suite 9
Lenox, MA 01240 United States




# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**SR 998-864**
Effective Date of Registration:
April 18, 2024
Registration Decision Date:
May 21, 2024

## Title

**Title of Work:** Podcast #2 - Broken Brain Interview with Dr. Dale Bredesen

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 11, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Hyman Digital, LLC
  **Author Created:** sound recording, Text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Hyman Digital, LLC
55 Pittsfield Road, Lenox, MA, 01240, United States

## Limitation of copyright claim

**Material excluded from this claim:** Music
**New material included in claim:** Sound recording and text of podcast

## Rights and Permissions

**Organization Name:** Bowers & del Peral, PLLC
**Name:** Morgen Bowers
**Email:** morgen@bowerslawny.com
**Telephone:** (518)392-9550
**Address:** 22 Park Row
Chatham, NY 12037

## Certification

      **Name:** Brianna Welsh
      **Date:** April 18, 2024

**Correspondence:** Yes

**Registration #:** SR0000998943
**Service Request #:** 1-13743797605



Hyman Digital, LLC
Brianna Welsh
55 Pittsfield Road
Suite 9
Lenox, MA 01240 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**SR 998-943**

**Effective Date of Registration:**
April 18, 2024
**Registration Decision Date:**
May 22, 2024

## Title

    Title of Work: Podcast #3 - Broken Brain Interview with Max Lugavere

## Completion/Publication

    Year of Completion: 2018
    Date of 1st Publication: May 17, 2018
    Nation of 1st Publication: United States

## Author

    • Author: Hyman Digital, LLC
      Author Created: sound recording, Text
    Work made for hire: Yes
        Citizen of: United States

## Copyright Claimant

    Copyright Claimant: Hyman Digital, LLC
        55 Pittsfield Road, Lenox, MA, 01240, United States

## Limitation of copyright claim

    Material excluded from this claim: Music
    New material included in claim: Sound recording and text of podcast

## Rights and Permissions

    Organization Name: Bowers & del Peral, PLLC
        Name: Morgen Bowers
        Email: morgen@bowerslawny.com
    Telephone: (518)392-9550
      Address: 22 Park Row
           Chatham, NY 12037

## Certification

Page 2 of 2

**Name:** Brianna Welsh
**Date:** April 18, 2024

**Correspondence:** Yes