## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DHRUMIL PUROHIT, individually, and
derivatively on behalf of HYMAN DIGITAL, LLC,

               Plaintiff,

    v.

MARK HYMAN and HYMAN DIGITAL, LLC,

               Defendants.

HYMAN DIGITAL, LLC

               Nominal Defendant.

HYMAN DIGITAL, LLC

               Counterclaimant Plaintiff,

    v.

DHRUMIL PUROHIT,

               Counter Defendant.

Civil Action No: 1:24-cv-11784-WGY

## PLAINTIFF AND COUNTER DEFENDANT DHRUMIL PUROHIT'S ANSWER TO DEFENDANT AND COUNTERCLAIMANT HYMAN DIGITAL'S COUNTERCLAIMS

       Plaintiff and Counter Defendant Dhrumil Purohit ("Purohit"), by and through his attorneys at Orsus Gate LLP, hereby answers the Counterclaims ("Counterclaim") of Defendant and Counterclaimant Hyman Digital, LLC ("HD"), and admits, denies, affirmatively asserts, and alleges as follows:

//

//

//

//

## INTRODUCTION

1.      Purohit denies the allegations in Paragraph 1 of the Counterclaim.

2.      Purohit denies the allegation in Paragraph 2 of the Counterclaim that Purohit has "no medical or scientific training or expertise."  Purohit admits the remaining allegations contained in Paragraph 2 of the Counterclaim.

3.      Purohit denies the allegation in Paragraph 3 of the Counterclaim that "Dr. Hyman hired Dhrumil Purohit to serve as Hyman Digital's Chief Executive Officer to promote the work of Dr. Hyman and other medical experts."  Paragraph 3 also contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

4.      Paragraph 4 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

5.      Paragraph 5 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

6.      Paragraph 6 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

7.      Purohit denies the allegations contained in Paragraph 7 of the Counterclaim.

8.      Purohit denies the allegations contained in Paragraph 8 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 8 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 8 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

9.      Purohit denies the allegations contained in Paragraph 9 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 9 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 9 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

10.     Purohit denies the allegations contained in Paragraph 10 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 10 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 10 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

11.     Purohit denies the allegations contained in Paragraph 11 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 11 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 11 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

12.     Purohit denies the allegations contained in Paragraph 12 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 12 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 12 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

13.     Purohit denies the allegations contained in Paragraph 13 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 13 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 13 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

14.     Purohit denies the allegations contained in Paragraph 14 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 14 contain legal conclusions, no answer is required.  Purohit further contends that, to the extent Paragraph 14 contains allegations about the harm HD has or will suffer or otherwise include requests for relief,

Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

15.     Purohit denies the allegations contained in Paragraph 15 of the Counterclaim. Purohit further contends that, to the extent the allegations contained in Paragraph 15 contain legal conclusions, no answer is required. Purohit further contends that, to the extent Paragraph 15 contains allegations about the harm HD has or will suffer or otherwise include requests for relief, Purohit avers that any harm suffered by HD is entirely due to actions taken by Dr. Hyman and therefore any relief to HD is owed by Dr. Hyman.

## JURISDICTION AND VENUE

16.     Paragraph 16 of the Counterclaim proffers only legal conclusions to which no answer is required. To the extent that an answer is required, Purohit denies the allegations of Paragraph 16 of the Counterclaim.

17.     Paragraph 17 of the Counterclaim proffers only legal conclusions to which no answer is required. To the extent that an answer is required, Purohit denies the allegations of Paragraph 17 of the Counterclaim.

18.     Paragraph 18 of the Counterclaim proffers only legal conclusions to which no answer is required. To the extent that an answer is required, Purohit denies the allegations of Paragraph 18 of the Counterclaim.

## PARTIES

19.     For Paragraph 19 of the Counterclaim, Purohit admits that HD is a limited liability and denies all other allegations in Paragraph 19.

20.     Purohit admits the allegations in Paragraph 20 of the Counterclaim.

## FACTUAL ALLEGATIONS[1]

21.     Purohit denies the allegations in Paragraph 21 of the Counterclaim.

22.     Purohit denies the allegations in Paragraph 22 of the Counterclaim.

---

[1]    The Counterclaim contains sub-headings to which no response is required as they are included for the organization of HD's Counterclaims. To the extent that a response is required, Purohit denies all allegations included in the sub-headings.

23.     Purohit denies the allegations in Paragraph 23 of the Counterclaim.

24.     Purohit denies the allegations in Paragraph 24 of the Counterclaim.

25.     Purohit denies the allegations in Paragraph 25 of the Counterclaim.

26.     Purohit denies the allegations in Paragraph 26 of the Counterclaim.

27.     Purohit denies the allegations in Paragraph 27 of the Counterclaim.

28.     Purohit denies the allegations in Paragraph 28 of the Counterclaim.

29.     Purohit denies the allegation in Paragraph 29 of the Counterclaim which describes Dr. Hyman as a successful businessperson in 2015.  As to the allegation in Paragraph 29 relating to the gross revenue and net profits of all businesses owned by Dr. Hyman, Purohit lacks knowledge whether to admit or deny these allegations and, on that basis, denies them.

30.     Paragraph 30 of the Counterclaim describes Dr. Hyman's actions, intentions, and/or state of mind to which no answer is required.  To the extent that an answer is required, Purohit denies this allegation.  As to the other allegation that Dr. Hyman was an author in 2015, Purohit admits this claim.

31.     Paragraph 31 of the Counterclaim describes the marketing and partnership efforts Dr. Hyman made prior to Purohit's addition to HD.  Purohit lacks the knowledge to admit or deny these allegations, and, on that basis, denies them.

32.     Paragraph 32 of the Counterclaim describes the marketing and partnership efforts Dr. Hyman made prior to Purohit's addition to HD.  Purohit lacks the knowledge to admit or deny these allegations, and, on that basis, denies them.

33.     Purohit denies all allegations in Paragraph 33 of the Counterclaim with the exception of the allegation that Dr. Hyman was HD's sole employee with medical credentials.

34.     For Paragraph 34 of the Counterclaim, Purohit admits that he met Dr. Hyman several years before his position as CEO at HD and that Purohit was formerly the CEO of The Clean Program, but denies the remaining allegations.

35.     Purohit denies the allegations in Paragraph 35 of the Counterclaim.

36.     Purohit denies the allegations in Paragraph 36 of the Counterclaim.

37.     Purohit denies the allegations in Paragraph 37 of the Counterclaim.

38.     Paragraph 38 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

39.     Paragraph 39 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

40.     Paragraph 40 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

41.     Paragraph 41 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

42.     Paragraph 42 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

43.     Paragraph 43 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

44.     Paragraph 44 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

45.     Paragraph 45 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

46.     Paragraph 46 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

47.     Paragraph 47 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

48.     Paragraph 48 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

49.     Paragraph 49 of the Counterclaim contains allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

50.     Purohit denies the allegations contained in Paragraphs 50 of the Counterclaim. *The Broken Brain* was released in 2017 and *The Broken Brain 2* was released in 2019. The allegations related to the trademarks constitute legal conclusions to which no answer is required.  To the extent an answer is required, Purohit denies the allegations.

51. Purohit denies the allegations contained in Paragraphs 51 of the Counterclaim.

52. Paragraph 52 of the Counterclaim contains allegations purporting to reference the copyrights to HD's five episodes. Purohit asserts that the documents speak for themselves.

53. Purohit denies the allegations in Paragraph 53 of the Counterclaim.

54. Purohit denies all allegations in Paragraph 54 of the Counterclaim, with the exception of the allegation that Purohit launched the *The Broken Brain Podcast* without any additional compensation, to which Purohit admits.

55. Paragraph 55 of the Counterclaim contains numerous legal conclusions regarding Purohit's launch and management of *The Broken Brain Podcast*, to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

56. Paragraph 56 of the Counterclaim contains numerous legal conclusions regarding Purohit's launch and management of *The Broken Brain Podcast*, to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

57. Paragraph 57 of the Counterclaim contains numerous legal conclusions regarding Purohit's launch and management of *The Broken Brain Podcast*, to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

58. Purohit denies the allegations in Paragraph 58 of the Counterclaim but admits that Purohit produced approximately 200 episodes of *The Broken Brain Podcast*.

59. Purohit denies the allegations in Paragraph 59 of the Counterclaim.

60. Paragraph 60 of the Counterclaim refers to digital images of *The Broken Brain Podcast* and *The Dhru Purohit Podcast*. Purohit asserts that the documents speak for themselves.

61. Paragraph 61 of the Counterclaim refers to digital images of *The Broken Brain Podcast* and *The Dhru Purohit Podcast*. Purohit asserts that the documents speak for themselves.

62. Purohit denies that he "consistently represented that the changes were nothing more than a rebranding of the same podcast" as alleged in Paragraph 62 of the Counterclaim; rather, the truth is that the two podcasts were distinct as Purohit spent his personal time launching *The Dhru Purohit Podcast* separately from his role in HD.

63. Paragraph 63 of the Counterclaim refers to a YouTube video and email. Purohit asserts that the video and documents speak for themselves.

64. Paragraph 64 of the Counterclaim refers to a YouTube video and email. Purohit asserts that the video and documents speak for themselves.

65. Paragraph 65 of the Counterclaim contains numerous legal conclusions regarding Purohit's launch and management of *The Dhru Purohit Podcast*, to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

66. Paragraph 66 of the Counterclaim contains numerous legal conclusions regarding Purohit's launch and management of *The Dhru Purohit Podcast*, to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

67. Paragraph 67 of the Counterclaim refers to a Sponsorship Advertisement Agreement. Purohit asserts that the document speaks for itself.

68. Paragraph 68 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

69. Paragraph 69 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

70. Paragraph 70 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

71. Paragraph 71 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

72. Paragraph 72 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required. To the extent an answer is required, Purohit denies the allegations.

73.     Purohit denies the allegations in Paragraph 73 of the Counterclaim; rather, Purohit proposed that Dr. Hyman and Purohit carve out *The Dhru Purohit Podcast* in the same vein as the carve-outs for Dr. Hyman's personal social media accounts and offered to pay HD a 5% commission with Purohit retaining ownership of the podcast's content and revenue.

74.     Purohit denies the allegations contained in Paragraph 74 of the Counterclaim.

75.     Purohit denies the allegations contained in Paragraph 75 of the Counterclaim.

76.     Paragraph 76 of the Counterclaim refers to a Sponsorship Advertisement Agreement. Purohit asserts that the document speaks for itself

77.     Paragraph 77 of the Counterclaim contains legal conclusions and references to an email sent from admin@brokenbrain.com.  No response is required to respond to legal conclusions, and to the extent that a response is required, Purohit denies these allegations.  As to the email, Purohit asserts that the document speaks for itself.

78.     Paragraph 78 of the Counterclaim contains legal conclusions and references to an email sent from admin@brokenbrain.com.  No response is required to respond to legal conclusions, and to the extent that a response is required, Purohit denies these allegations.  As to the email, Purohit asserts that the document speaks for itself.

79.     Paragraph 79 of the Counterclaim contains legal conclusions and references to an email sent from admin@brokenbrain.com.  No response is required to respond to legal conclusions, and to the extent that a response is required, Purohit denies these allegations.  As to the email, Purohit asserts that the document speaks for itself.

80.     Paragraph 80 of the Counterclaim contains legal conclusions and references to an email sent from admin@brokenbrain.com.  No response is required to respond to legal conclusions, and to the extent that a response is required, Purohit denies these allegations.  As to the email, Purohit asserts that the document speaks for itself.

81.     Paragraph 81 of the Counterclaim describes the actions, intentions, and/or state of mind of Dr. Hyman and third parties to which no answer is required.  To the extent that an answer is required, Purohit denies this allegation.  Paragraph 81 also contains legal conclusions to which no response is required. To the extent that a response is required, Purohit denies these allegations.

82.     For Paragraph 82 of the Counterclaim, Purohit admits that he was against HD's unpaid partnership with Function Health, Inc. and subsequently resigned following the resulting drain on HD's resources and capital, but denies the remaining allegations.

83.     For Paragraph 83 of the Counterclaim, Purohit admits that he was against HD's unpaid partnership with Function Health, Inc. and subsequently resigned following the resulting drain on HD's resources and capital, but denies the remaining allegations.

84.     For Paragraph 84 of the Counterclaim, Purohit admits that he was against HD's unpaid partnership with Function Health, Inc. and subsequently resigned following the resulting drain on HD's resources and capital, but denies the remaining allegations.

85.     For Paragraph 85 of the Counterclaim, Purohit admits that he was against HD's unpaid partnership with Function Health, Inc. and subsequently resigned following the resulting drain on HD's resources and capital, but denies the remaining allegations.

86.     Paragraph 86 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

87.     Paragraph 87 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

88.     Paragraph 88 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

89.     Paragraph 89 of the Counterclaim references a tweet made by a third party that Purohit lacks sufficient knowledge to either admit or deny.

90.     Paragraph 90 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

91.     Paragraph 91 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

92.     Paragraph 92 of the Counterclaim references what appear to be screen shots for "Apple Podcasts Preview". Purohits asserts that the documents speak for themselves.

93.     Paragraph 93 of the Counterclaim references what appear to be screen shots for "Apple Podcasts Preview". Purohits asserts that the documents speak for themselves.

94.     Paragraph 94 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

95.     Paragraph 95 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

96.     Paragraph 96 of the Counterclaim contains legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

97.     Paragraph 97 of the Counterclaim contains allegations related to the state of HD following Purohit's departure to which Purohit lacks the knowledge to respond to.  To the extent that a response is required, Purohit denies these allegations.

98.     Paragraph 98 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

99.     Paragraph 99 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

100.     Paragraph 100 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

101.     Paragraph 101 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

102.     Paragraph 102 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

103.     Paragraph 103 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required.  To the extent that a response is required, Purohit denies these allegations.

104.     Paragraph 104 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required. To the extent that a response is required, Purohit denies these allegations.

105.     Paragraph 105 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required. To the extent that a response is required, Purohit denies these allegations.

106.     Paragraph 106 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required. To the extent that a response is required, Purohit denies these allegations.

107.     Paragraph 107 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required. To the extent that a response is required, Purohit denies these allegations.

108.     Paragraph 108 of the Counterclaim contains allegations related to third parties and contain legal conclusions to which no response is required. To the extent that a response is required, Purohit denies these allegations.

109.     For Paragraph 109 of the Counterclaim, Purohit admits the allegation that he and Dr. Hyman collectively hired Kaya Purohit to be HD's Chief Content Officer, but denies all other allegations.

110.     Paragraph 110 of the Counterclaim contains allegations related to third parties of which Purohit lacks knowledge, and on that basis, Purohit denies these allegations.

111.     Paragraph 111 of the Counterclaim contains allegations related to third parties of which Purohit lacks knowledge, and on that basis, Purohit denies these allegations.

112.     Paragraph 112 of the Counterclaim cites the November 2022 edition of the *Try This* newsletter. Purohit asserts that the document speaks for itself. Purohit denies all other allegations.

113.     Paragraph 113 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required. To the extent an answer is required, Purohit denies these allegations.

114.     Paragraph 114 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

115.     Paragraph 115 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

116.     Paragraph 116 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

117.     Paragraph 117 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

118.     Paragraph 118 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

119.     Paragraph 119 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

120.     Paragraph 120 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

121.     Paragraph 121 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

122.     Paragraph 122 of the Counterclaim contains legal conclusions and allegations related to third parties to which no answer is required.  To the extent an answer is required, Purohit denies these allegations.

123. Paragraph 123 of the Counterclaim contains allegations related to third parties and actions taken at HD following Purohit's departure to which Purohit lacks knowledge to respond, and on that basis denies the allegations.

124. Paragraph 124 of the Counterclaim contains allegations related to third parties and actions taken at HD following Purohit's departure to which Purohit lacks knowledge to respond, and on that basis denies the allegations.

125. Paragraph 125 of the Counterclaim contains allegations related to third parties and actions taken at HD following Purohit's departure to which Purohit lacks knowledge to respond, and on that basis denies the allegations.

126. Paragraph 126 of the Counterclaim contains allegations related to third parties and actions taken at HD following Purohit's departure to which Purohit lacks knowledge to respond, and on that basis denies the allegations.

127. Paragraph 127 of the Counterclaim contains allegations related to third parties and actions taken at HD following Purohit's departure to which Purohit lacks knowledge to respond, and on that basis denies the allegations.

128. Purohit denies the allegations in Paragraph 128 of the Counterclaim.

129. Purohit denies the allegations in Paragraph 129 of the Counterclaim.

130. Purohit denies the allegations in Paragraph 130 of the Counterclaim.

131. Purohit denies the allegations in Paragraph 131 of the Counterclaim.

132. Purohit denies the allegations in Paragraph 132 of the Counterclaim.

133. Purohit denies the allegations in Paragraph 133 of the Counterclaim.

134. Purohit denies the allegations in Paragraph 134 of the Counterclaim.

135. Purohit denies the allegations in Paragraph 135 of the Counterclaim.

136. Purohit denies the allegations in Paragraph 136 of the Counterclaim.

137. Purohit denies the allegations in Paragraph 137 of the Counterclaim as they contain legal conclusions to which no answer is required. To the extent an answer is required Purohit denies these allegations.

## FIRST CAUSE OF ACTION
### (Breach of Contract Under New York Law)

138.    In response to Paragraph 138 of the Counterclaim, Purohit incorporates his responses to paragraphs 1 through 137 of the Counterclaim as though fully set forth herein.

139.    For Paragraph 139, Purohit admits he did enter into the ESA.  Because the term "all relevant times" is undefined and vague, Purohit denies that he was a party to the ESA at "all relevant times."

140.    Purohit denies the allegations contained in Paragraph 140 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its First Cause of Action or to any other relief as against Purohit.

141.    Purohit denies the allegations contained in Paragraph 141 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its First Cause of Action or to any other relief as against Purohit.

142.    Purohit denies the allegations contained in Paragraph 142 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its First Cause of Action or to any other relief as against Purohit.

143.    Purohit denies the allegations contained in Paragraph 143 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its First Cause of Action or to any other relief as against Purohit.

144.    Purohit denies the allegations contained in Paragraph 144 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its First Cause of Action or to any other relief as against Purohit.

145.    Purohit denies the allegations contained in Paragraph 145 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its First Cause of Action or to any other relief as against Purohit.

## SECOND CAUSE OF ACTION
**(Breach of Fiduciary Duty Under Massachusetts Law)**

146.    In response to Paragraph 146 of the Counterclaim, Purohit incorporates his responses to paragraphs 1 through 145 of the Counterclaim as though fully set forth herein.

147.    Paragraph 147 of the Counterclaim contains a legal conclusion to which no answer is required, but to the extent an answer is required.

148.     Purohit denies the allegations contained in Paragraph 148 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

149.     Purohit denies the allegations contained in Paragraph 149 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

150.     Purohit denies the allegations contained in Paragraph 150 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

151.     Purohit denies the allegations contained in Paragraph 151 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

152.     Purohit denies the allegations contained in Paragraph 152 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

153.     Purohit denies the allegations contained in Paragraph 153 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

154.     Purohit denies the allegations contained in Paragraph 154 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

155.     Purohit denies the allegations contained in Paragraph 155 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

156.     Purohit denies the allegations contained in Paragraph 156 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Second Cause of Action or to any other relief as against Purohit.

## THIRD CAUSE OF ACTION
### (Misappropriation of Corporate Opportunity Under Massachusetts Law)

157. In response to Paragraph 157 of the Counterclaim, Purohit incorporates his responses to paragraphs 1 through 156 of the Counterclaim as though fully set forth herein.

158. Purohit admits that he is a minority member of HD as stated in Paragraph 158 of the Counterclaim but denies all other allegations.

159. Paragraph 159 of the Counterclaim contains a legal conclusion to which no answer is required.

160. Paragraph 160 of the Counterclaim refers to allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

161. Purohit generally admits the allegations contained within Paragraph 161 of the Counterclaim, with the caveat that Dr. Hyman would frequently use HD's podcasts, newsletters, email lists, and websites to promote himself and his other businesses, free of charge.

162. Purohit denies the allegations contained in Paragraph 162 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

163. Purohit denies the allegations contained in Paragraph 163 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

164. Purohit denies the allegations contained in Paragraph 164 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

165. Purohit denies the allegations contained in Paragraph 165 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

166. Purohit denies the allegations contained in Paragraph 166 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

167.     Purohit denies the allegations contained in Paragraph 167 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

168.     Purohit denies the allegations contained in Paragraph 168 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

169.     Purohit denies the allegations contained in Paragraph 169 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

170.     Purohit denies the allegations contained in Paragraph 170 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Third Cause of Action or to any other relief as against Purohit.

## FOURTH CAUSE OF ACTION

### (Misappropriation of Trade Secrets Under M.G.K. c.93, § 42, *et seq.*)

171.     In response to Paragraph 171 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 170 of the Counterclaim as though fully set forth herein.

172.     Paragraph 172 of the Counterclaim proffers legal conclusions to which no answer is required.

173.     Purohit denies the allegations in Paragraph 173 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

174.     Purohit denies the allegations in Paragraph 174 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

175.     Purohit denies the allegations in Paragraph 175 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

176.     Purohit denies the allegations in Paragraph 176 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

177.     Purohit denies the allegations in Paragraph 177 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

178.     Purohit denies the allegations in Paragraph 178 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

179.     Purohit denies the allegations in Paragraph 179 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

180.     Purohit denies the allegations in Paragraph 180 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

181.     Purohit denies the allegations in Paragraph 181 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

182.     Purohit denies the allegations in Paragraph 182 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

183.     Purohit denies the allegations in Paragraph 183 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

184.     Purohit denies the allegations in Paragraph 184 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

185.     Purohit denies the allegations in Paragraph 185 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fourth Cause of Action or to any other relief as against Purohit.

### FIFTH CAUSE OF ACTION
**(Conversion Under Massachusetts Law)**

186.     In response to Paragraph 186 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 185 of the Counterclaim as though fully set forth herein.

187.     Purohit denies the allegations in Paragraph 187 of the Counterclaim.

188.     Purohit denies the allegations in Paragraph 188 of the Counterclaim.

189.     Purohit denies the allegations in Paragraph 189 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

190.     Purohit denies the allegations in Paragraph 190 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

191.     Purohit denies the allegations in Paragraph 191 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

192.     Purohit denies the allegations in Paragraph 192 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

193.     Purohit denies the allegations in Paragraph 193 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

194.     Purohit denies the allegations in Paragraph 194 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

195.    Purohit denies the allegations in Paragraph 195 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Fifth Cause of Action or to any other relief as against Purohit.

## SIXTH CAUSE OF ACTION
### (Unjust Enrichment Under Massachusetts Law)

196.    In response to Paragraph 196 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 195 of the Counterclaim as though fully set forth herein.

197.    Purohit denies the allegations in Paragraph 197 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Sixth Cause of Action or to any other relief as against Purohit.

198.    Purohit denies the allegations in Paragraph 198 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Sixth Cause of Action or to any other relief as against Purohit.

199.    Purohit denies the allegations in Paragraph 199 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Sixth Cause of Action or to any other relief as against Purohit.

200.    Purohit denies the allegations in Paragraph 200 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Sixth Cause of Action or to any other relief as against Purohit.

201.    Purohit denies the allegations in Paragraph 201 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Sixth Cause of Action or to any other relief as against Purohit.

## SEVENTH CAUSE OF ACTION
### (Declaratory Judgment)

202.    In response to Paragraph 202 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 201 of the Counterclaim as though fully set forth herein.

203.    Paragraph 203 refers to allegations purporting to reference the Executive Services Agreement. Purohit asserts that the document speaks for itself.

204. Purohit denies the allegations in Paragraph 204 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Seventh Cause of Action or to any other relief as against Purohit.

205. Purohit denies the allegations in Paragraph 205 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Seventh Cause of Action or to any other relief as against Purohit.

206. Purohit denies the allegations in Paragraph 206 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Seventh Cause of Action or to any other relief as against Purohit.

207. Purohit denies the allegations in Paragraph 207 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Seventh Cause of Action or to any other relief as against Purohit.

208. Purohit denies the allegations in Paragraph 208 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Seventh Cause of Action or to any other relief as against Purohit.

209. Purohit denies the allegations in Paragraph 209 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Seventh Cause of Action or to any other relief as against Purohit.

## EIGHTH CAUSE OF ACTION
### (Copyright Infringement Under the Copyright Act)

210. In response to Paragraph 210 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 209 of the Counterclaim as though fully set forth herein.

211. Paragraph 211 of the Counterclaim refer to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

212. Paragraph 212 of the Counterclaim refer to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

213. Paragraph 213 of the Counterclaim refer to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

214. Paragraph 214 of the Counterclaim refer to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

215. Paragraph 215 of the Counterclaim refer to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

216. Paragraph 216 of the Counterclaim refer to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

217. Paragraph 217 of the Counterclaim proffer legal conclusions to which no answer is required.

218. Paragraph 218 of the Counterclaim proffer legal conclusions to which no answer is required.

219. Purohit denies the allegations in Paragraph 219 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Eighth Cause of Action or to any other relief as against Purohit.

220. Purohit denies the allegations in Paragraph 220 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Eighth Cause of Action or to any other relief as against Purohit.

221. Purohit denies the allegations in Paragraph 221 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Eighth Cause of Action or to any other relief as against Purohit.

222. Purohit denies the allegations in Paragraph 222 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Eighth Cause of Action or to any other relief as against Purohit.

## NINTH CAUSE OF ACTION
### (Trademark Infringement Under the Lanham Act)

223. In response to Paragraph 223 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 222 of the Counterclaim as though fully set forth herein.

224. Paragraph 224 of the Counterclaim proffers legal conclusions to which no answer is required.

225. Paragraph 225 of the Counterclaim refers to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

226. Paragraph 226 of the Counterclaim refers to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

227. Purohit denies the allegations in Paragraph 227 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

228. Purohit denies the allegations in Paragraph 228 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

229. Purohit denies the allegations in Paragraph 229 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

230. Purohit denies the allegations in Paragraph 230 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

231. Purohit denies the allegations in Paragraph 231 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

232. Purohit denies the allegations in Paragraph 232 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

233. Purohit denies the allegations in Paragraph 233 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

234. Purohit denies the allegations in Paragraph 234 of the Counterclaim. Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

235.	Purohit denies the allegations in Paragraph 235 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

236.	Purohit denies the allegations in Paragraph 236 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

237.	Purohit denies the allegations in Paragraph 237 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

238.	Purohit denies the allegations in Paragraph 238 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

239.	Purohit denies the allegations in Paragraph 239 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

240.	Purohit denies the allegations in Paragraph 240 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

241.	Purohit denies the allegations in Paragraph 241 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

242.	Purohit denies the allegations in Paragraph 242 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

243.	Purohit denies the allegations in Paragraph 243 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

244.     Purohit denies the allegations in Paragraph 244 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

245.     Purohit denies the allegations in Paragraph 245 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

246.     Purohit denies the allegations in Paragraph 246 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

247.     Purohit denies the allegations in Paragraph 247 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

248.     Purohit denies the allegations in Paragraph 248 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

249.     Purohit denies the allegations in Paragraph 249 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

250.     Purohit denies the allegations in Paragraph 250 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

251.     Purohit denies the allegations in Paragraph 251 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

252.     Purohit denies the allegations in Paragraph 252 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

253.    Purohit denies the allegations in Paragraph 253 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Ninth Cause of Action or to any other relief as against Purohit.

## TENTH CAUSE OF ACTION
### (Trademark Infringement Under Massachusetts Common Law)

254.    In response to Paragraph 254 of the Counterclaim, Purohit incorporates its responses to Paragraphs 1 through 253 of the Counterclaim as though fully set forth herein.

255.    Paragraph 255 of the Counterclaim proffers legal conclusions to which no answer is required.

256.    Paragraph 256 of the Counterclaim refers to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

257.    Paragraph 257 of the Counterclaim refers to copyrights registered by HD. Purohit asserts that the documents speak for themselves.

258.    Purohit denies the allegations in Paragraph 258 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

259.    Purohit denies the allegations in Paragraph 259 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

260.    Purohit denies the allegations in Paragraph 260 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

261.    Purohit denies the allegations in Paragraph 261 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

262.    Purohit denies the allegations in Paragraph 262 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

263.    Purohit denies the allegations in Paragraph 263 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

264.    Purohit denies the allegations in Paragraph 264 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

265.    Purohit denies the allegations in Paragraph 265 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

266.    Purohit denies the allegations in Paragraph 266 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

267.    Purohit denies the allegations in Paragraph 267 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

268.    Purohit denies the allegations in Paragraph 268 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

269.    Purohit denies the allegations in Paragraph 269 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

270.    Purohit denies the allegations in Paragraph 270 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

271.    Purohit denies the allegations in Paragraph 271 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

272.     Purohit denies the allegations in Paragraph 272 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

273.     Purohit denies the allegations in Paragraph 273 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

274.     Purohit denies the allegations in Paragraph 274 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

275.     Purohit denies the allegations in Paragraph 275 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

276.     Purohit denies the allegations in Paragraph 276 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

277.     Purohit denies the allegations in Paragraph 277 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

278.     Purohit denies the allegations in Paragraph 278 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

279.     Purohit denies the allegations in Paragraph 279 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

280.     Purohit denies the allegations in Paragraph 280 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

281.     Purohit denies the allegations in Paragraph 281 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

282.     Purohit denies the allegations in Paragraph 282 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

283.     Purohit denies the allegations in Paragraph 283 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

284.     Purohit denies the allegations in Paragraph 284 of the Counterclaim.  Purohit further denies that HD is entitled to the relief requested in its Tenth Cause of Action or to any other relief as against Purohit.

## **PRAYER FOR RELIEF**

285.     Purohit denies that HD is entitled to the relief sought as against Purohit as requested by HD in its "Prayer for Relief" on pages 92-93(A)-(J) of the Counterclaim.

## PUROHIT'S AFFIRMATIVE DEFENSES

Without admitting any additional allegations in the Counterclaim or conceding the burden of proof as to any issue found to be an element of the causes of action included in the Counterclaim, Purohit alleges the following separate and distinct affirmative defenses based on information and belief. Purohit reserves the right to amend this Answer and to add additional affirmative defenses consistent with the facts discovered in this case.

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

The Counterclaim fails to state a cause of action upon which relief can be granted as to Purohit.

### SECOND AFFIRMATIVE DEFENSE
(Collateral Estoppel)

The Counterclaim is barred by the doctrines of collateral estoppel and/or *res judicata*, as to Purohit.

### THIRD AFFIRMATIVE DEFENSE
(No Damages/Failure to Mitigate Damages)

Purohit denies that HD has suffered any damages as a result of the causes of action alleged against Purohit in the Counterclaim. To the extent that HD has suffered damages, HD has failed to exercise reasonable care and diligence to avoid and minimize those damages and may not recover against Purohit for losses that could have been prevented by reasonable efforts on HD's part. Therefore, HD's recovery against Purohit, if any, should be reduced by the amount of damages that could or should have been mitigated or avoided.

### FOURTH AFFIRMATIVE DEFENSE
(Doctrine of Estoppel)

HD is not entitled to the relief it seeks as to Purohit under the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE
(Unjust Enrichment)

HD is not entitled to the relief it seeks as to Purohit because if it were awarded such relief, it would be unjustly enriched.

### SIXTH AFFIRMATIVE DEFENSE
(Laches)

HD is not entitled to the relief it seeks as to Purohit under the doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE
#### (Lack of Proximate Causation)

HD is not entitled to the relief it seeks because any injuries suffered by HD that it alleges were caused by Purohit, the existence of which Purohit expressly deny, were proximately caused by the negligent, willful, or intentional acts of others.

### EIGHTH AFFIRMATIVE DEFENSE
#### (Statute of Limitations)

Our or more causes of action in the Counterclaim are barred by the relevant statute of limitations.

### NINTH AFFIRMATIVE DEFENSE
#### (Frustration, Extreme Hardship and Impracticality)

One or more causes of action in the Counterclaim is barred by the frustration, extreme hardship, and impracticality doctrines.

### TENTH AFFIRMATIVE DEFENSE
#### (Unclean Hands)

HD is not entitled to the relief it seeks under the Unclean Hands doctrine because HD, through Dr. Hyman, committed an unfair act or acts with regard to the transaction at issue.

### ELEVENTH AFFIRMATIVE DEFENSE
#### (Waiver)

HD's causes of action as alleged against Purohit are barred by the doctrine of waiver.

### TWELFTH AFFIRMATIVE DEFENSE
#### (Apportionment)

Without admitting that HD suffered any damages as a result of Purohit's actions, if the matters and damages alleged in the Counterclaim were proximately caused by the conduct of more than one party, any recovery must be apportioned as to the fault of each party.

### THIRTEENTH AFFIRMATIVE DEFENSE
#### (Damages are Not Clearly Ascertainable)

The Counterclaim fails to clearly ascertainable damages in support of each claim.

### FOURTEENTH AFFIRMATIVE DEFENSE
#### (Good Faith and Fair Dealings)

Purohit exercised good faith, fair dealing and full disclosure toward HD.

**FIFTEENTH AFFIRMATIVE DEFENSE**
(Third Party Acts or Omissions)

If HD sustained damages as alleged against Purohit, any such damages being expressly denied by Purohit, such damages were caused by the acts or omissions of third parties.

**SIXTEENTH AFFIRMATIVE DEFENSE**
(Excused from Performance)

To the extent that Purohit has failed to perform any obligation, such obligation was excused as a result of HD and/or Dr. Hyman's actions or omissions.

**SEVENTEENTH AFFIRMATIVE DEFENSE**
(No Opportunity to Cure)

HD failed to provide Purohit a sufficient opportunity to cure any alleged breach.

**EIGHTEENTH AFFIRMATIVE DEFENSE**
(Lack of Ripeness/Standing)

HD's causes of action as alleged against Purohit are barred insofar as they are not ripe and HD lacks standing to bring them.

**NINETEENTH AFFIRMATIVE DEFENSE**
(Setoff)

Any amount sought to be recovered by HD in this action is barred in whole or in part by the amount HD owes to Purohit.

**TWENTIETH AFFIRMATIVE DEFENSE**
(Recoupment)

Any amount sought to be recovered by HD in this action should be deducted based on the amount HD and/or Dr. Hyman owes to Purohit.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**
(Prevented from Performance – *Cal. Civ. Code* §1511)

Purohit would have complied with the alleged contract except for the actions or statements of HD, Dr. Hyman, or a third party that prevented Purohit from complying with the alleged contract.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**
(Full Performance)

Purohit fully performed all requirements, acts, duties, or obligations, if any exist.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
(Mistake of Law or Facts)

Purohit's potential liability is excused due to mistakes of law or facts.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE
(Ratification of Acts)

HD's causes of action as alleged against Purohit are barred because HD, by its acts, conduct and/or omissions, has ratified Purohit's acts, conduct or alleged omissions, if any exist.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE
(Punitive Damages)

An award of punitive damages against Purohit is unsupported, improper, and would be unconstitutional and in violation of the Fifth, Eighth, and Fourteenth Amendments of the U.S. Constitution.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE
(Attorneys' Fees)

An award of attorneys' fees against Purohit in this case would be limited or entirely barred by, the federal Constitution, federal statues, and applicable caselaw, including but not limited to provisions requiring due process and prohibiting excessive fines.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE
(Reservation of Defenses)

Discovery in this action has not yet commenced. Purohit reserves the right to amend this Answer and to assert additional defenses and/or supplement, alter or change this Answer upon the revelation of additional facts during further investigation and discovery.

## PRAYER FOR RELIEF

Based on the foregoing, Purohit requests judgment on HD's Counterclaim as follows:

1. That HD take nothing by the Counterclaim as to its claims against Purohit;

2. That the Court enter a judgment of dismissal in Purohit's favor and against HD on those causes of action alleged by HD against Purohit;

3. That the Court award Purohit costs of litigation and attorneys' fees consistent with any applicable statutes or contracts; and

4. That the Court award Purohit all further relief that it deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, Purohit demands a jury trial on all causes of action so triable.

Respectfully submitted,

DHRUMIL PUROHIT,

By his attorneys,

/s/ Denis Shmidt
Denis Shmidt, Esq., SBN# 267987 (*Pro Hac Vice*)
Nabil Bisharat, Esq. | SBN# 270305 (*Pro Hac Vice*)
Jennifer Haidar, Esq. | SBN# 337558 (*Pro Hac Vice*)
ORSUS GATE LLP
16 N. Marengo Avenue, Suite 505
Pasadena, CA 91101
Telephone: 415-326-3558
dshmidt@orsusgate.com
nbisharat@orsusgate.com
jhaidar@orsusgate.com

Christopher J. Marino, BBO# 655007
Dillon M. Knight | BBO# 703573
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
Telephone: 617-367-2500
cmarino@davismalm.com
dknight@davismalm.com

Dated: August 22, 2024

**<u>CERTIFICATION OF SERVICE</u>**

The undersigned hereby certifies that on August 22, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system and paper copies will be sent to those indicated as non-registered participants.

By: ___/s/ Jennifer Haidar___
       Jennifer Haidar