# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DHRUMIL PUROHIT**, individually, and derivatively on behalf of HD, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>**DR. MARK HYMAN AND HYMAN DIGITAL, LLC**,<br><br>*Defendants*.<br><br>**HYMAN DIGITAL, LLC**,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>**DHRUMIL PUROHIT**,<br><br>*Counterclaim Defendant*. | Civil Action<br>No. 1:24-cv-11784-WGY |

# NOTICE OF WITHDRAWAL OF
# MOTION FOR THE APPPOINTMENT OF RECEIVER

Defendants Hyman Digital, LLC ("HD") and Mark Hyman ("Dr. Hyman", and together with HD the "Defendants") hereby withdraw their *Motion for the Appointment of Receiver* [ECF no. 17] because the parties to this litigation have settled their disputes.

1

835529

Hyman Digital, LLC and Mark Hyman,
By their counsel,

/s/ *D. Ethan Jeffery*_____
D Ethan Jeffery (BBO #631941)
MURPHY & KING, P.C.
28 State Street, Suite 3101
Boston, MA 02109
Tel: (617) 423-0400
Email: ejeffery@murphyking.com

and

Alexander K. Parachini (BBO #569567)
E. Danya Perry (*pro hac vice forthcoming*)
Karen Friedman Agnifilo (*pro hac vice forthcoming*)
David Russell (*pro hac vice forthcoming*)
E. DANYA PERRY PLLC
445 Park Avenue, 7th Floor
New York, NY 10022
Tel: (212) 213-3070
aparachini@danyaperrylaw.com
dperry@danyaperrylaw.com
kagnifilo@danyaperrylaw.com
drussell@danyaperrylaw.com

Dated: August 30, 2024

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on August 30, 2024, a copy of the foregoing motion was served via the Court's CM/ECF system, which will distribute a copy of the motion to all counsel of record.

/s/ *D. Ethan Jeffery*_____
D. Ethan Jeffery