UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DHRUMIL PUROHIT, individually, and derivatively on behalf of HYMAN DIGITAL, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DR. MARK HYMAN AND HYMAN DIGITAL, LLC,<br><br>*Defendants.* | Civil Action<br>No. 1:24-cv-11784-WGY |
| HYMAN DIGITAL, LLC,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>DHRUMIL PUROHIT,<br><br>*Counterclaim Defendant.* | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Counterclaim Defendant Dhrumil Purohit (individually and derivatively on behalf of Hyman Digital, LLC), Defendant Dr. Mark Hyman, and Defendant and Counterclaim Plaintiff Hyman Digital, LLC (collectively, the "Parties"), hereby submit this joint notice of settlement to inform the Court that the Parties have reached agreement on all material terms of a settlement of all claims at issue in this matter. The Parties will file a stipulation of dismissal of all parties' claims in this action on or before September 11, 2024.

Respectfully submitted,

| | |
|---|---|
| DHRUMIL PUROHIT | HYMAN DIGITAL, LLC and DR. MARK HYMAN |
| By his attorneys, | By their attorneys, |
| */s/ Denis Shmidt*<br>Denis Shmidt (*pro hac vice*)<br>Nabil Bisharat (*pro hac vice*)<br>ORSUS GATE LLP<br>16 N. Marengo Avenue, Suite 505<br>Pasadena, CA 91101<br>dshmidt@orsusgate.com<br>nbisharat@orsusgate.com<br>Tel: (415) 326-3558 | */s/ Alexander K. Parachini*<br>Alexander K. Parachini (BBO #569567)<br>Karen Friedman Agnifilo (*pro hac vice forthcoming*)<br>David Russell (*pro hac vice forthcoming*)<br>E. DANYA PERRY PLLC<br>445 Park Avenue, 7th Floor<br>New York, NY 10022<br>aparachini@danyaperrylaw.com<br>kagnifilo@danyaperrylaw.com<br>drussell@danyaperrylaw.com<br>Tel: (212) 213-3070 |

Dated: September 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2024.

    */s/ Alexander K. Parachini*
    Alexander K. Parachini